MICHAEL T. HOWARD, ISB No. 6128
WINSTON & CASHATT, LAWYERS, a
Professional Service Corporation
250 Northwest Boulevard, Suite 206
Coeur d'Alene, Idaho 83814
Telephone: (208) 667-2103
Facsimile: (208) 765-2121
E-mail: mth@winstoncashatt.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT, DISTRICT OF IDAHO

| | |
|---|---|
| JEREMY FLANNERY,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>BNSF Railway Co.,<br><br>　　　　　　　　Defendant. | Case No<br><br>CIVIL<br><br>**COMPLAINT**<br><br>(JURY TRIAL DEMANDED) |

## INTRODUCTION

1.   BNSF Railway Co. maximizes its profits by operating twenty-four hours a day, 365 days a year. Rather than hiring enough trainmen to adequately staff an operation of this scale, BNSF instead requires its trainmen to always be on call.

COMPLAINT - PAGE 1

To ensure they can care for themselves or their loved ones when ill, many trainmen rely on the Family Medical Leave Act, 29 U.S.C. § 2601 *et seq.*, which allows employees to take up to twelve weeks of unpaid leave per year to care for themselves or their family members. The use of FMLA, however, necessitates BNSF employing more trainmen than would otherwise be the case, thereby decreasing its profit.

2. To discourage its trainmen from exercising their FMLA rights, BNSF engages in a pattern and practice of discriminating against its employees who use FMLA leave. BNSF's pattern of FMLA discrimination includes retaliating against employees who use FMLA leave, such as Jeremy Flannery.

3. While suffering from an anxiety attack, Flannery took FMLA leave. BNSF sent a private investigator to Flannery's house and then used the investigator's observations to accuse him of lying about having a flare up and terminated him. This despite Flannery providing BNSF not only with a plausible explanation that reconciled the investigator's observations with his having laid off on FMLA leave but also a note from his doctor corroborating such explanation. Given this, BNSF's belief that Flannery abused FMLA leave was blatantly unreasonable and his termination was retaliatory.

COMPLAINT - PAGE 2

## PARTIES

4. Flannery resides in this district.

5. BNSF is a corporation headquartered in Fort Worth, Texas and operates across the western United States, including this district.

## JURISDICTION AND VENUE

6. This Court has jurisdiction under 28 U.S.C. § 1331.

7. Venue is proper under 28 U.S.C. § 1391 because Flannery resides in this district, BNSF operates in this district, and the illegal conduct occurred in this district.

## FACTUAL ALLEGATIONS

8. Flannery has worked for BNSF since 1997.

9. Flannery is an engineer.

10. Flannery suffers from anxiety.

11. Flannery's anxiety condition affects his sleep.

12. It is not safe for Flannery to operate a train for the entirety of his shift when he is suffering from an anxiety attack and/or has not sufficiently slept.

13. Flannery applied and was approved for intermittent FMLA by BNSF

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
250 Northwest Blvd., Suite 206
Coeur d'Alene, Idaho 83814
Phone: (208) 667-2103

for his anxiety and sleep conditions.

14. On September 5, 2021, Flannery had an anxiety attack that prevented him from sufficiently sleeping and therefore called in sick.

15. BNSF sent a private investigator to Flannery's house to spy on him.

16. Hours after he called in sick, Flannery went to a lake with his family.

17. Not only had Flannery's anxiety attack subsided by when he went to the lake but also going to the lake with his family was beneficial for his condition.

18. Flannery not only explained to BNSF that he did not go to the lake until after his anxiety attack had subsided but also provided to it a note from his doctor substantiating what he had told it.

19. Nevertheless, BNSF terminated Flannery, claiming that he had lied about his flare up and the way in which it affected his sleep.

20. Flannery's union appealed his termination to an arbitrator, who found that it had violated its collective bargaining agreement with his union and reinstated him with backpay.

21. BNSF reinstated Flannery; however, it paid him less than the amount he would have earned absent his termination.

COMPLAINT - PAGE 4

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
250 Northwest Blvd., Suite 206
Coeur d' Alene, Idaho 83814
Phone: (208) 667-2103

22. BNSF also did not compensate Flannery for the value of the benefits he had lost.

## CAUSE OF ACTION

### Violation of 28 U.S.C. § 2601, *et seq.*

23. Section 2612(a)(1) of the FMLA entitles employees to up to twelve weeks of leave during any twelve-month period for certain reasons, including the employee's serious health condition.

24. Section 2615(a)(2) of the FMLA makes it unlawful for "any employer to discharge or in any other manner discriminate against any individual for opposing any practice made unlawful by [the Act]."

25. BNSF interfered with, restrained, denied the exercise of the protected rights of, and discriminated against Flannery's rights under the FMLA when, among other things, it terminated him for supposedly lying about having had a flare up and the effect it had on his sleep.

26. Because BNSF violated the FMLA, Flannery is entitled to compensatory damages for loss of income, including back pay, lost benefits, consequential damages, and front pay, as well as liquidated damages, declaratory

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
250 Northwest Blvd., Suite 206
Coeur d'Alene, Idaho 83814
Phone: (208) 667-2103

and injunctive relief, reinstatement, and other damages. Flannery is also entitled to attorney's fees, costs, and interest incurred in connection with these claims.

27. BNSF committed the above-alleged acts with reckless or deliberate disregard for Flannery's rights. As a result, he is entitled to an additional amount of liquidated damages.

## DEMAND FOR JURY TRIAL

28. Plaintiff requests a trial by jury on all issues in this matter pursuant to F.R.C.P. 38(b) and LR 38.1.

## REQUEST FOR RELIEF

29. Flannery requests that the Court find BNSF acted in direct violation of the FMLA.

30. Flannery further requests that the Court order BNSF to:

- pay to him an award for compensatory damages arising from loss of income and benefits in an amount to be determined by the trier of fact;

- pay to him an award of liquidated damages equal to the sum of the compensatory damages and interest to be determined by the trier of fact;

- pay to him an award for costs (including litigation and expert costs), disbursements, and attorneys' fees; and

COMPLAINT - PAGE 6

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
250 Northwest Blvd., Suite 206
Coeur d'Alene, Idaho 83814
Phone: (208) 667-2103

31. Flannery further requests that the Court order judgment against BNSF for all other relief available under the FMLA and such other relief as the Court deems just and equitable.

DATED this 2nd day of August, 2023.

        s/Michael T. Howard, ISBA No. 6128
WINSTON & CASHATT, LAWYERS, a
Professional Service Corporation
Attorney for Plaintiff
250 Northwest Boulevard, Suite 206
Coeur d' Alene, Idaho 83814
Telephone: (208) 667-2103
Facsimile: (208) 765-2121
E-mail Address: mth@winstoncashatt.com