IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **JEREMY FLANNERY,** | ) Case No. 1:23-CV-00343-DKG |
| Plaintiff, | ) |
| v. | ) |
| **BNSF RAILWAY COMPANY,** | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jeremy Flannery, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby dismisses his claims in this lawsuit with prejudice, with each party to bear its own costs of court and attorney's fees except as may have been agreed otherwise. Defendant BNSF Railway Company, by the signature of its counsel below, stipulates to this dismissal with prejudice.

Dated: May 13, 2024

**STIPULATION OF DISMISSAL WITH PREJUDICE—Page 1**

Respectfully submitted:

| | |
|---|---|
| /s/ Nicholas D. Thompson (by permission) | /s/ Bryan P. Neal |
| Nicholas D. Thompson (MN389609) | Bryan P. Neal (TXSBN 00788106) |
| *Pro Hac Vice* | *Pro Hac Vice* |
| CASEY JONES LAW | Marc H. Klein (TXSBN 11563012) |
| 729 North Washington Avenue, Suite 600 | *Pro Hac Vice* |
| Minneapolis, MN 55401 | HOLLAND & KNIGHT LLP |
| Telephone: (612) 293-5249 | One Arts Plaza |
| E-mail: nthompson@caseyjones.law | 1722 Routh Street, Suite 1500 |
| | Dallas, Texas 75201 |
| Michael T. Howard (ISB #6128) | Telephone: (214) 969-1700 |
| WINSTON & CASHATT, LAWYERS, | Facsimile: (214) 969-1751 |
| A Professional Service Corporation | E-mail: bryan.neal@hklaw.com |
| 250 Northwest Boulevard, Suite 206 | E-mail: marc.klein@hklaw.com |
| Coeur d' Alene, Idaho 83814 | |
| Telephone: (208) 667-2103 | Andrew Mitchell (ISB #10562) |
| Facsimile: (208) 765-2121 | MITCHELL & MITCHELL LAW |
| E-mail: mth@winstoncashatt.com | PRACTICE, PLLC |
| | 1710 N. Washington St., Suite 200 |
| ATTORNEY FOR PLAINTIFF | Spokane, Washington 99205 |
| JEREMY FLANNERY | Telephone: (509) 315-9890 |
| | Facsimile: (509) 315-9891 |
| | Email: amitchell@mitchell-lp.com |
| | |
| | ATTORNEYS FOR DEFENDANT |
| | BNSF RAILWAY COMPANY |

**STIPULATION OF DISMISSAL WITH PREJUDICE—Page 2**